1 | MICHEAL F. LAMB
JAMES P. CAREY
2 | Lamb & Carey
2601 Broadway
3 | Helena, MT 59601
Telephone: (406) 457-1100
4 | Facsimile: (406) 441-2100
Attorneys for Plaintiffs
5 |
6 |
7 |

FILED
BILLINGS DIV.

2005 NOV 15 PM 3 04

PATRICK E. DUFFY, CLERK
BY _____
DEPUTY CLERK

8 | UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
9 | BILLINGS DIVISION

10 | * * * * * * * * * * * * * * * * * * * * * * * * * * * *

11 | MATTHEW BELUE, individually, as Personal        )
Representative of the estate of DARA LEIGH        )        CAUSE NO. CV-05-147-BLG-RFC
12 | BELUE, and as next friend/guardian ad litem for  )
T.M.B. and R.L.B., his minor children,            )
13 |                                                  )
                    Plaintiffs,                    )        **COMPLAINT AND JURY DEMAND**
14 |                                                  )
                                                   )
15 |        v.                                        )
                                                   )
16 | FORD MOTOR COMPANY, a Delaware               )
corporation,                                       )
17 |                                                  )
                    Defendant.                      )
18 |
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
19 |
**I.    PARTIES**
20 |
21 |        1.1    Plaintiff Matthew Belue is the surviving spouse of Dara Leigh Belue. At all times

22 | relevant hereto, he has been a resident of Hardin, Montana.

23 |        1.2    Matthew Belue was named personal representative of the estate of Dara Leigh

24 | Belue by Letters of Administration issued by the Montana Twenty-Second Judicial District Court

25 | in and for the County of Big Horn, in Probate No. DP-05-18.

26 |        1.3    Matthew Belue and the decedent Dara Leigh Belue are the natural parents of their

27 | minor children, T.M.B. and R.L.B., who at all times relevant to this matter have been residents of

28 |

1 | Hardin, Montana. Matthew Belue also brings this action in his capacity as next friend/guardian
2 | ad litem of his minor children.

3 |     1.4    Defendant Ford Motor Company is a Delaware corporation with its principal
4 | place of business in Michigan and doing business in the state of Montana. Defendant Ford
5 | Motor Co. is generally in the business of designing, testing, manufacturing, and distributing
6 | vehicles, including the subject vehicle.

7 | **II.**    **JURISDICTION**

8 |     2.1    Plaintiffs bring this action pursuant to 28 U.S.C. § 1332(a) on the basis of
9 | diversity of citizenship and on the basis that the amount in controversy exceeds the jurisdictional
10 | amount of $75,000 as therein provided.

11 | **III.**    **FACTS**

12 |     3.1    On November 20, 2004, Dara Leigh Belue was driving her 2004 Ford F-250
13 | Super Duty pickup westbound on Interstate 90 in Big Horn County, Montana.

14 |     3.2    The subject vehicle was a 2004 Ford F-250 Super Duty pickup, VIN
15 | 1FTNW21P64EC59239.

16 |     3.3    As the pickup hit a bridge deck, it spun out of control and slid off the paved
17 | surface into the median.

18 |     3.4    The pickup rolled several times in the median, coming to rest on its roof. The
19 | roof structure collapsed, causing injury to and ultimately the death of Dara Leigh Belue.

20 |     3.5    Dara Leigh Belue died at the scene. Cause of death was determined to be head
21 | trauma and positional asphyxia.

22 | **IV.**    **LIABILITY**

23 |     4.1    Defendant Ford Motor Company is liable because the subject vehicle was
24 | defective in the design of its roof and restraint systems, and because adequate warnings were not
25 | provided with the product or after manufacture.

26 |
27 |
28 |

1   **V.      CAUSATION AND DAMAGES**

2      5.1      As a proximate result of the tortious acts and omissions of the Defendant, the

3   Plaintiffs have suffered injuries and losses as follows:

4          A.      Emotional distress, the loss of love, affection, support, services, society

5   and spousal consortium, including all of the decedent's contributions to their quality of life and

6   all other survivorship damages and wrongful death benefits under Montana law, in an amount

7   that will be established with particularity at the time of trial.

8          B.      Matthew Belue, the surviving spouse of Dara Leigh Belue and T.M.B. and

9   R.L.B., the surviving children of Matthew and Dara Leigh Belue, suffered substantial damages,

10   as a result of the death of Dara Leigh Belue including loss of support, services, emotional

11   support, love, care, guidance, training, companionship, instruction and protection.

12          C.      The estate of the deceased, Dara Leigh Belue, incurred funeral and related

13   expenses.

14          D.      Compensable losses sustained by Plaintiffs and other damages as allowed

15   by the laws of the State of Montana, in an amount to be proven at the time of trial.

16   **PRAYER FOR RELIEF**

17      WHEREFORE, Plaintiffs pray for judgment of liability in favor of the Plaintiffs and

18   against the Defendant herein as follows:

19          A.      For special damages in an amount to be proven at trial,

20          B.      For general damages in an amount to be proven at trial,

21          C.      For prejudgment interest on all special damages herein,

22          D.      For taxable costs and disbursements, and

23          E.      For such other and further relief as this Court deems just and equitable.

24   **VI.     JURY DEMAND**

25      Plaintiffs hereby demand a trial by jury.

26   ////

27   ////

28   ////

DATED this *14* day of *November*, 2005.

LAMB & CAREY

James P. Carey
Attorneys for Plaintiffs
2601 Broadway
Helena MT  59601

%JS 44   (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

*CV-05-147-BLG-RFC*

## I. (a)  PLAINTIFFS

Matthew Belue, individually and as Personal Representative of the estate of Dara Leigh Belue, and as next friend/guardian ad litem for T.M.B. and

**DEFENDANTS**

Ford Motor Company, a Delaware Corporation

**(b)**  County of Residence of First Listed Plaintiff   **Big Horn**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)**  Attorney's (Firm Name, Address, and Telephone Number)

Micheal F. Lamb and James P. Carey, Lamb & Carey, 2601 Broadway, Helena, MT 59601; 457-1100

Attorneys (If Known)

## II.  BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☐ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III.  CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 861 HIA (1395ff) | Exchange |
| ☐ 160 Stockholders' Suits | ☒ 355 Motor Vehicle | Property Damage | Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge |
| ☐ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | **FEDERAL TAX SUITS** | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | ☐ 871 IRS—Third Party | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | 26 USC 7609 | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 900 Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | | | ☐ 950 Constitutionality of |
| | Other | | | | State Statutes |
| | ☐ 440 Other Civil Rights | | | | |

## V.  ORIGIN  (Place an "X" in One Box Only)

- ☒ 1  Original Proceeding
- ☐ 2  Removed from State Court
- ☐ 3  Remanded from Appellate Court
- ☐ 4  Reinstated or Reopened
- ☐ 5  Transferred from another district (specify)
- ☐ 6  Multidistrict Litigation
- ☐ 7  Appeal to District Judge from Magistrate Judgment

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. sec. 1332(a)

Brief description of cause:
wrongful death/survivorship arising out of vehicle rollover (product liability)

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

**DEMAND $**

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII.  RELATED CASE(S) IF ANY

(See instructions):

JUDGE _____   DOCKET NUMBER _____

DATE   11/14/05

SIGNATURE OF ATTORNEY OF RECORD

### FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

MATTHEW BELUE, individually, as Personal    )
Representative of the estate of DARA LEIGH   )    CAUSE NO. _CV-05-147-BLG-RFC_
BELUE, and as next friend/guardian ad litem for )
T.M.B. and R.L.B., his minor children,      )
                                            )
            Plaintiffs,                     )    **SUMMONS**
                                            )
                                            )
      v.                                    )
                                            )
FORD MOTOR COMPANY, a Delaware              )
corporation,                                )
                                            )
            Defendant.                      )

***************************************

**THE UNITED STATES OF AMERICA SENDS GREETINGS TO THE ABOVE-NAMED
DEFENDANT FORD MOTOR COMPANY,**

    **YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S

ATTORNEYS, Micheal F. Lamb and James P. Carey of LAMB & CAREY, 2601 Broadway,

Helena Montana 59601 an Answer to the Complaint which is served on you with this Summons,

within twenty (20) days after service of this Summons on you, exclusive of the day of service. If

you fail to do so, judgment by default will be taken against you for the relief demanded in the

Complaint. Any Answer that you serve on the parties to this action must be filed with the Clerk

of this Court within a reasonable period of time after service.

                                United States District Clerk
                                **Patrick E. Duffy**   COURT
                                                       SEAL
                                    J. Harris

(COURT SEAL)                    Deputy Clerk      NOV 1 5 2005

1    MICHEAL F. LAMB
     JAMES P. CAREY
2    2601 BROADWAY
     HELENA, MT 59601
3    (406) 457-1100
     Attorneys for Plaintiff

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    STATE OF MONTANA       )

2    County of _____ )  ) ss.

3

4       I HEREBY CERTIFY that I have received the within Summons and copy of the

5    Complaint in said action on the _____ day of _____, 2005, and personally

6    served the same on the _____ day of _____, 2005 on _____

7    _____

8    _____

9    _____

10   being Defendant named in said Summons, by delivering to and leaving with

11   _____, said Defendant personally in the

12   County of _____, State of Montana, a copy of said Summons and of Complaint.

13       DATED this _____ day of _____, 2005.

14

15                        _____

16                           Sheriff

17

18                        _____

                           Deputy Sheriff

19

                      **SHERIFF'S FEES**

20

21       Service . . . . . . . . . . . .    $ _____

22       Mileage. . . . . . . . . . . .    $ _____

23       Copies. . . . . . . . . . . . .    $ _____

24       Total Sheriff's Fees. . . .    $ _____

25

26

27

28

Tue Nov 15 15:12:29 2005

UNITED STATES DISTRICT COURT

MISSOULA          , MT

Receipt No.   100 39931
Cashier          poc

Check Number:  2399

DO Code    Div No
4646       I

Sub Acct Type Tender      Amount
1:510000  N      2        198.00
2:086900  N      2         66.00

Total Amount       $    250.00

NEW CIVIL CASE #CV-05-147-BLG-RFC, BELUE
V. FMC

CHECK FROM LAMB AND CAREY LAW FIRM

Tue Nov 15 15:12:29 2005

Check No.   2399

Amount$   250.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4646