1  Michael F. Lamb/James P. Carey
   LAMB & CAREY
2  2601 Broadway
   Helena, MT 59601
3  (Attorneys for Plaintiffs)

4  Brian L. Taylor
   JARDINE, STEPHENSON, BLEWETT & WEAVER
5  300 Central Ave., U.S. Bank Building, Suite 700
   P.O. Box 2269
6  Great Falls, MT 59403-2269
   (Attorneys for Defendant Ford Motor Company)
7

FILED
GREAT FALLS DIV.

'06 NOV 28  AM 10 57

PATRICK E. DUFFY, CLERK

BY _____
        DEPUTY CLERK

8              UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF MONTANA
9                    BILLINGS DIVISION

10 | MATTHEW BELUE, individually, as Personal
   | Representative of the estate of DARA LEIGH        CAUSE NO. CV 05-147-BLG-RFC
11 | BELUE, and as next friend/guardian ad litem
   | for T.M.B. and R.L.B., his minor children,
12 |
   |          Plaintiffs,
13 |
   | v.                                                **STIPULATION FOR DISMISSAL**
14 |                                                   **WITH PREJUDICE**
   | FORD MOTOR COMPANY, a Delaware
15 | corporation,
   |
16 |          Defendant.

17     IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that any

18  and all claims of **Plaintiffs Matthew Belue, individually, as Personal Representative of the**

19  **estate of Dara Leigh Belue, and as next friend/guardian ad litem for T.M.B. and R.L.B., his**

    **minor children**, against **Defendant Ford Motor Company** are hereby dismissed with prejudice.
20
       IT IS FURTHER STIPULATED AND AGREED that the Court is hereby authorized and
21  requested to execute and enter the following Order of Dismissal With Prejudice, and to make all

22  other orders and judgments which may be necessary and proper to effectually dismiss said action

    with prejudice as to Defendant Ford Motor Company.
23

24

1  IT IS FURTHER STIPULATED AND AGREED that each of said parties shall pay all
2  costs and expenses heretofore incurred or to be incurred by them respectively in connection with
3  said action.
4  DATED this 27th day of November, 2006

LAMB & CAREY

By _____
Attorneys for Plaintiffs


JARDINE, STEPHENSON, BLEWETT & WEAVER

By _____
Attorneys for Defendant Ford Motor Company